**Order entered August 7 , 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01015-CV

### IN RE FRANKIE HOGG-BEY, Relator

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F-0255075-NI**

## ORDER
Before Justices Moseley, Fillmore, and Evans

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.  We **ORDER**  the relator to bear the costs of this original proceeding.


/s/      DAVID EVANS
         JUSTICE